UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INS. CO., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-1268 |
| | § | |
| ANTHONY MERCIER, JR., ET AL, | § | |
| | § | |
| *Defendants.* | § | |

**Order Entering Default**

Before the court is Plaintiff's Request to Enter Default. Dkt. 44. Despite being notified by certified mail of Plaintiff's Request to Enter Default as required by Local Rule 5.5, the defendants have not filed answers or responded to the plaintiff's request. After considering the request, pleadings, and the argument of counsel, the court has concluded that the plaintiff's request should be GRANTED.

It is therefore ORDERED that Plaintiff's Request to Enter Default is GRANTED and a default is entered against defendants Anthony Mercier, Sr., Charles Mercier, Anthony Mercier, Jr., and Mercier Insurance Agency, Inc. in this case.

Signed at Houston, Texas on January 4, 2007.

_____
Gray H. Miller
United States District Judge