Appendix 1
List of Policies

| All American Life Policy Numbers | Old Line Life Policy Numbers |
|---|---|
| DD133856 | 2794645 |
| D0136442 | 2794944 |
| D0136603 | 2796810 |
| 7 D0091669L | 2797434 |
| 7 D0093130L | 2799407 |
| 7 D0093230L | 2803711 |
| 7 D0093592L | MM0365275 |
| 7 D0094465L | 5 2441374L |
| 7 D0094500L | 5 2442111L |
| 7 D0094963L | 5 2442190L |
| 7 D0095118L | 5 2442269L |
| | 5 2442270L |
| | 5 2442294L |
| | 5 2442528L |
| | 5 2442539L |
| | 5 2442946L |
| | 5MD0002208L |
| | 5MD0009454L |
| | 5MD0009536L |
| | 5MD0013617L |
| | 5MD0013791L |
| | 5MD0014748L |
| | 5MD0014839L |
| | 5MD0014840L |
| | 5MD0014841L |
| | 5MM0134173L |
| | 5MM0146452L |
| | 5MM0158238L |
| | 5MM0162527L |
| | 5MM0168668L |
| | 5MM0171770L |
| | 5MM0171821L |
| | 5MM0179071L |
| | 5MM0179092L |
| | 5MM0179121L |
| | 5MM0179183L |
| | 5MM0179327L |
| | 5MM0179328L |
| | 5MM0197217L |
| | 5MM0198980L |
| | 5MM0210451L |
| | 5MM0211795L |
| | 5MM0218734L |
| | 5MM0231497L |
| | 5MM0249033L |
| | 5MM0276870L |
| | 5MM0292737L |
| | 5MM0326501L |
| | 5MM0326502L |

Enclosure 1