AGENT: 0LL   0AK60   12/09/2005
AGENCY: 0X501   0AK60

0X501   CHARLES W MERCIER

ROBERT H WALKER

ACTIVITY FOR THE
PERIOD ENDING   12/09/2005

PAGE: 2

| POLICY NO. | DESCRIPTION | FR EQ | MO PD | LOB | ISSUE DATE | DUE DATE | TRAN DATE | SPLIT | PREMIUM | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | COMMISSIONS ACTIVITY | | | | | | | | | | |
| MM0210451L | SHERLOCK | 12 | 1.00 | U/L | 06/28/01 | 11/05 | 11/28 | | 434.50 | 1.00 | 4.35 |
| MM0249033L | SHERLOCK | 12 | 1.00 | U/L | 08/07/01 | 12/05 | 12/07 | | 450.00 | 1.00 | 4.50 |
| MM0276870L | HENDERSON | 12 | 1.00 | U/L | 11/28/01 | 12/05 | 12/04 | | 278.78 | 1.00 | 2.79 |

TOTAL PREMIUM:   1,163.28   TOTAL:   11.64

NET TOTAL TO PRIMARY ACCOUNT, ALL ACTIVITIES:   11.64

AIG AMERICAN GENERAL

Enclosure 3

```
AGENT:  0LL   0X501    0Z394   01/06/2006                                                    PAGE:  2
AGENCY:       0X501            0Z394                  ANTHONY G MERCIER
                                                      ROBERT H WALKER
                                                                                  ACTIVITY FOR THE
                                                                                  PERIOD ENDING   01/06/2006
```

| POLICY NO. | DESCRIPTION | FR EQ | MO PD | LOB | ISSUE DATE | DUE DATE | TRAN DATE | SPLIT | PREMIUM | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMISSIONS ACTIVITY | | | | | | | | | | | |
| 2441193L | MCNALLY | 04 | 0.51 | U/L | 03/25/00 | 12/05 | 12/31 | | 150.00 | 1.50 | 2.25 |
| 2441476L | MCNALLY | 04 | 1.53 | U/L | 03/25/00 | 12/05 | 12/28 | | 450.00 | 1.50 | 6.75 |
| 2441476L | MCNALLY | 04 | 1.53 | U/L | 03/25/00 | 10/05 | 12/31 | | 450.00- | 1.50 | 6.75- |
| 2441476L | MCNALLY | 04 | 1.53 | U/L | 03/25/00 | 10/05 | 12/31 | | 450.00 | 1.50 | 6.75 |
| 2442111L | SHERLOCK | 12 | 1.00 | U/L | 06/01/00 | 01/06 | 01/03 | | 127.92 | 1.50 | 1.92 |
| 2442269L | SHERLOCK | 12 | 1.00 | U/L | 07/01/00 | 01/06 | 01/03 | | 526.00 | 1.50 | 7.89 |
| 2442528L | CARROLL | 12 | 1.00 | U/L | 06/01/00 | 01/06 | 01/03 | | 94.66 | 1.50 | 1.42 |
| 2442948L | SHERLOCK | 12 | 1.00 | U/L | 08/01/00 | 01/06 | 01/03 | | 526.00 | 1.50 | 7.89 |
| MD0013791L | SHERLOCK | 04 | 3.00 | U/L | 03/11/03 | 01/06 | 01/03 | | 752.22 | 3.00 | 22.57 |
| MM0179121L | RILEY | 04 | 2.01 | U/L | 07/15/01 | 12/05 | 12/27 | | 560.27 | 1.50 | 8.40 |
| MM0179183L | SHERLOCK | 12 | 1.00 | U/L | 08/02/01 | 12/05 | 01/03 | | 377.00 | 1.50 | 5.66 |
| MM0218734L | SHERLOCK | 04 | 1.00 | U/L | 07/18/01 | 12/05 | 12/27 | | 270.00 | 1.50 | 4.05 |
| | | | | | | TOTAL PREMIUM: | | | 2,934.07 | TOTAL: | 55.30 |
| | | | | | NET TOTAL TO PRIMARY ACCOUNT, ALL ACTIVITIES: | | | | | | 55.30 |

AIG AMERICAN GENERAL

```
AAL     2CC04   2D000  01/06/2006                                                              PAGE:  2
AGENT:          2D000
AGENCY:         2CC04                MERCIER     ANTHONY G                          ACTIVITY FOR THE
                                     AMERIGROUP INS INC                             PERIOD ENDING  01/06/2006

POLICY NO.   DESCRIPTION       FR   MO   LOB    ISSUE     DUE     TRAN   SPLIT   PREMIUM    RATE    AMOUNT
                               EQ   PD          DATE      DATE    DATE
OVERWRITE ACTIVITY

D0092633     CARROLL,THOMAS    12   1.00 LIFE   02/27/98  12/05   12/27           310.60    5.00    15.53
D0094465L    FARRAR            12   1.00 U/L    10/28/98  12/05   12/28            36.28    3.50     1.27
D0094500L    ROBERTSON         12   1.00 U/L    10/28/98  12/05   12/28           210.00    3.00     6.30
                                                                                                    ------
             SUBTOTAL FOR AGENT NUMBER          2D000   MERCIER,ANTHONY G         556.88             23.10

                                                                TOTAL PREMIUM:    556.88  TOTAL:     23.10

                                        NET TOTAL TO PRIMARY ACCOUNT, ALL ACTIVITIES:                23.10
```

AIG AMERICAN GENERAL