| FEES ON MERCIER MATTERS | |
|---|---|
| INSURED | TOTAL |
| Hamilton, Mary | $ 8,849.27 |
| Sherlock, Frances | $ 11,322.43 |
| Riley, Mary | $ 17,706.98 |
| Gorman, Patrick | $ 4,715.06 |
| Sherlock, John | $ 1,254.00 |
| Stanton, Rosa | $ 3,855.69 |
| McNally, Kathryn | $ 4,149.27 |
| Sherlock, Edward | $ 7,576.94 |
| Carroll, Sara | $ 3,527.60 |
| Sherlock, Bridget | $ 336.00 |
| Carroll, Mamie | $ 15,304.34 |
| Sherlock, Christopher | $ 1,483.80 |
| O'Hara, Patrick | $ 1,010.80 |
| Carroll, Jimmie | $ 10,503.84 |
| Cooper, Johnny | $ 1,674.99 |
| Daley, Peter | $ 5,945.18 |
| Gorman, Bartley | $ 2,147.21 |
| Carroll, Mary C.R. | $ 1,721.63 |
| Sherlock, Bridget A. | $ 120.97 |
| Mitchell, Leroy | $ 367.50 |
| Costello, John | $ 256.50 |
| Costello, Jimmy | $ 2,725.68 |
| Costello, Bridget | $ 3,563.89 |
| McNally, Tommy | $ 148.50 |
| Martin, Nola J. | $ 105.00 |
| Zitko, Patricia & John | $ 6,901.78 |
| Cooper, Catherine | $ 1,728.90 |
| Riley, Theresa S. | $ 8,017.93 |
| Sherlock, Susanne | $ 16,024.66 |
| Devine, Delia | $ 836.00 |
| Carroll, Tommy F. | $ 237.50 |
| Sherlock, Thomas J. | $ 14,543.07 |
| Sherlock, Pete A. | $ 11,085.45 |
| Carroll, Mary C. | $ 7,425.72 |
| Gorman, Jimmy | $ 2,882.86 |
| TOTAL: | $ 180,056.94 |
| | |
| Mercier, Anthony Sr. & Jr, & Charle | $ 90,202.70 |
| TOTAL WITH MERCIER FEES: | $ 270,259.64 |

Enclosure 6