# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE CO., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-01268 |
| | § | |
| ANTHONY MERCIER, JR., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## DEFAULT JUDGMENT

On February 20, 2007, the court heard plaintiff American General Life Insurance Company's ("plaintiff") motion for default judgment ("motion") against defendants, Anthony Mercier, Jr., Charles Mercier, and the Mercier Insurance Agency, Inc. (collectively "defendants") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the plaintiff's papers submitted in connection with the motion, the defendants' response and supporting attachments, the papers on file in this action, and the evidence offered at the hearing on the motion, the court finds as follows:

1. A default was entered against defendants on January 4, 2007. An amended default was entered against defendants on March 14, 2007.

2. Defendants are not minors, incompetent persons, or members of the military service.

3. Plaintiff has established that defendants are jointly and severally liable to plaintiff for damages in the amount of $ 1,208,170.36, together with prejudgment interest at the rate of 8.25%, and reasonable attorneys' fees in the amount of $90,202.70.

THEREFORE, IT IS ORDERED that default judgment be entered against the defendants as follows: for damages of $3,624,511.08, together with prejudgment interest at the rate of 8.25%,

and attorneys' fees of $90,202.70. This judgment shall bear interest at the judgment rate from the date of entry until paid.

Signed at Houston, Texas on March 14, 2007.

_____
Gray H. Miller
United States District Judge